JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

John F.X. Fenerty
368 Wellington Terrace
Rockledge PA 19046

## DEFENDANTS

State Farm Mutual Automobile Insurance Company
incorrectly designated in Plaintiff's Complaint
as "State Farm Insurance Company"
One State Farm Drive
Bloomington, IL 61710-0001

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___Montgomery___
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

BARATTA & FENERTY
Anthony P. Baratta, Esquire (11870)
2661 Huntingdon Pike
Huntingdon Valley, PA 19006
215-947-4600

ATTORNEYS (IF KNOWN)

Joseph M. Hankins, Esquire (#20052)
BRITT HANKINS SCHAIBLE & MOUGHAN
Two Penn Center Plaza – Suite 515
15th & JFK Boulevard, Philadelphia PA 19102
215-569-6904

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. §1332 (Diversity of Citizenship)

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $** in excess of $1,000,000.00

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

n/a

JUDGE _____    DOCKET NUMBER _____

DATE **5/24/02**

SIGNATURE OF ATTORNEY OF RECORD

Joseph M. Hankins, Esquire (#20052) Atty for Def.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

John F.X. Fenerty                    :          CIVIL ACTION

      v.            :

State Farm Insurance Company         :          NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus -- Cases brought under 28 U.S.C. §2241 through §2255.    ( )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)

(f) Standard Management -- Cases that do not fall into any one of the other tracks.

5/24/02
_____
Date

Joseph M. Hankins, Esquire (20052)
_____
Attorney-at-law

**IN THE UNITED STATES COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN F.X. FENERTY | : | Civil Action No: $O\partial - CV - 32l7$ |
| | : | |
| v. | : | |
| | : | |
| STATE FARM INSURANCE | : | |
| COMPANY | : | |

## NOTICE OF REMOVAL

**TO THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA:**

State Farm Mutual Automobile Insurance Company, (incorrectly designated in Plaintiff's Complaint as "State Farm Insurance Company") (hereinafter referred to as "State Farm"), hereby files the within Notice of Removal of this case from the Court of Common Pleas of Philadelphia County, Pennsylvania, in which it is now pending, to the United States District Court for the Eastern District of Pennsylvania. This Notice is filed pursuant to 28 U.S.C. § 1441, et seq., and in support thereof, defendant states the following:

1.    This action was commenced in the Court of Common Pleas of Philadelphia County, Pennsylvania, by Writ of Summons and is docketed in the state court at February Term, 2002 at No. 2580. (See Exhibit "A", Writ of Summons filed February 19, 2002 and Plaintiff's Civil Complaint filed May 7, 2002).

2.    Plaintiff, John F.X. Fenerty, Sr., is a citizen of the Commonwealth of Pennsylvania. See Exhibit "A", Plaintiff's Complaint at paragraph 1.

3.    Defendant State Farm Mutual Automobile Insurance Company is a corporation that is duly incorporated, organized and existing under the laws of Illinois with its principal place of business located in Bloomington, Illinois. State Farm Mutual Automobile Insurance Company is a citizen of the State of Illinois.

4.    The value of the matter in controversy exceeds the amount of $75,000, exclusive of interest and costs. See Complaint, Exhibit "A-6" at Count II, *addandum* clause demanding $1,000,000.).

5.    The instant lawsuit is removable from State Court to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1332(a)(1) and §1441(a).

6.    Copies of all process, pleadings, and orders served upon or otherwise received by petitioner are attached as Exhibit "A".

7.    A copy of the Plaintiff's Complaint was mailed to State Farm's attorneys and received May 6, 2002.

8.    This Notice of Removal is timely, as it is being filed less than thirty (30) days, as that period is computed under the Federal Rules, after the filing and service of a copy of the complaint, the initial state court pleading setting forth a basis for federal court jurisdiction. Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S.

344 (1999);  Foster v. The Mutual Fire, Marine & Inland Ins. Co., 986 F. 2d 48 (3d Cir. 1993).[1]

WHEREFORE, Defendant respectfully requests that this action be removed from the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.

BRITT, HANKINS, SCHAIBLE & MOUGHAN

BY: _____

Joseph M. Hankins, Esquire
Attorneys for Defendant
Atty. I. D. NO. :  41136
Christopher J. Urban, Esquire
Attorney I.D. No. 81981

Suite 515
Two Penn Center Plaza
15th Street & JFK Boulevard
Philadelphia, PA  19102
(215) 569-6949

Attorneys for Defendant,
State Farm Mutual Automobile Insurance Company
Incorrectly designated in Plaintiff's Complaint as
"State Farm Insurance Company"

---

[1] Plaintiff's counsel certified this case as an arbitration matter at the initial filing of the Writ of Summons, which has a jurisdictional limit of $50,000. (See Exhibit "A-1").  Plaintiff's Complaint, filed later on May 7, 2002 demands in excess of $1,000,000.00, thus satisfying the jurisdictional requirement for Diversity Jurisdiction. (See Exhibit "A-6").

**IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOHN F.X. FENERTY             :
                                  :
   v.                          :       Civil Action No:
                                    :
STATE FARM INSURANCE    :
COMPANY                      :

## MEMORANDUM OF LAW

Title 28, U.S.C. § 1441 provides, in part, that,

> (a)    Any civil action brought in the State Court of which the District Courts of the United States have original jurisdiction, may be removed by the defendant or defendants to the District Court of the United States for the district and the division embracing the place where such action is pending.

In this case, Plaintiff filed an action against the above-named Defendant in the Philadelphia County Court of Common Pleas, Commonwealth of Pennsylvania. The Complaint states that Plaintiff is a citizen of the Commonwealth of Pennsylvania. State Farm Mutual Automobile Insurance Company ("State Farm") (incorrectly designated in Plaintiff's Complaint as "State Farm Insurance Company") is a corporation duly organized and existing under the laws of the State of Illinois with its principal places of business located in Bloomington, Illinois. State Farm is a citizen of the State of Illinois. The amount in controversy exceeds $75,000. See Exhibit A.

Under these circumstances, this Court has original jurisdiction over the instant controversy based upon complete diversity of citizenship between the parties, Plaintiff and Defendant, pursuant to 28 U.S.C. § 1332(a)(1).

Therefore, Defendant respectfully requests that the state court action be removed to the federal forum.

**BRITT, HANKINS, SCHAIBLE & MOUGHAN**

BY: _____

Joseph M. Hankins, Esquire
Attorneys for Defendant
Atty. I. D. NO. : 20052
Christopher J. Urban, Esquire
Attorney I.D. No. 81981

Suite 515
Two Penn Center Plaza
15th Street & JFK Boulevard
Philadelphia, PA  19102
(215) 569-6949

Attorneys for Defendant,
State Farm Mutual Automobile Insurance Company

)                                    )

## IN THE UNITES STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN F.X. FENERTY                :
                                 :
  v.                             :
                                 :          Civil Action No:
STATE FARM INSURANCE             :
COMPANY                          :

The undersigned certifies that a copy of the foregoing Defendant's Notice of

Removal, Memorandum of Law and supporting  Affidavit / Exhibits, were forwarded

this day, the _24th_ of _May_, 2002, to the Court and the below listed counsel by

Overnight Mail and First Class Regular U.S. Mail:

> Anthony P. Baratta, Esquire
> Baratta & Fenerty, Ltd.
> 2661 Huntingdon Pike
> Huntingdon Valley, PA 19006

> Joseph M. Hankins, Esquire
> Christopher J. Urban, Esquire

Dated: _5/24/02_

## "<u>EXHIBIT A</u>"

1.   Plaintiff's Praecipe to Issue Writ of Summons (2/19/02) and
     Plaintiff's Writ of Summons (2/19/02)

2.   Affidavit of Service (2/2402)

3.   Entry of Appearance, Alan J. Dion, Esquire for Defendant (3/19/02)

4.   Praecipe for Rule to File Complaint and Rule to File Complaint (3/19/92)

5.   Affidavit of Service of Rule to File Complaint (3/28/02)

6.   Plaintiff's Civil Complaint (5/7/02)

7.   Withdraw of Appearance, Alan J. Dion Esquire for Defendant (5/22/02)
     Entry of Appearance, Joseph M. Hankins, Esquire for Defendant (5/22/02)

EXHIBIT "A"

EXHIBIT "A1"

Court of Common Pleas of Philadelphia County

Trial Division

# Civil Cover Sheet

| | For Prothonotary Use Only (Docket Number) |
|---|---|
| | **FEBRUARY 2002** |

002580

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| JOHN F. X. FENERTY | STATE FARM INSURANCE COMPANY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 368 Wellington Terrace<br>Jenkintown, PA 19046 | 1926 Grant Avenue<br>Phila., PA 19115 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>X Writ of Summons   ☐ Transfer From Other Jurisdiction |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| X  $50,000.00 or less<br>☐  More than $50,000.00 | X Arbitration<br>☐ Jury<br>☐ Non-Jury<br>☐ Other:_____ | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D Survival |

CASE TYPE AND CODE *(See Instructions)*   **20000 - CONTRACT**

STATUTORY BASIS FOR CAUSE OF ACTION *(See Instructions)*

RELATED PENDING CASES *(List by Case Caption and Docket Number)*
ORDER?

|  | IS CASE SUBJECT TO COORDINATION |  |
|---|---|---|
| | Yes | No |
| | ☐ | X |
| | ☐ | ☐ |
| | ☐ | ☐ |

## TO THE PROTHONOTARY

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant John F. X. Fenerty
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF/APPELLANT'S ATTORNEY<br>**ANTHONY P. BARATTA, ESQUIRE** | ADDRESS *(See Instructions)*<br>**2661 Huntingdon Pike<br>Huntingdon Valley, PA 19006** |
|---|---|

| PHONE NUMBER<br>**(215) 947-4600** | FAX NUMBER<br>**(215) 947-7875** | |
|---|---|---|

| SUPREME COURT IDENTIFICATION NO.<br>11870 | E-MAIL ADDRESS |
|---|---|

| SIGNATURE | DATE: February 18, 2002 |
|---|---|

0268

THIS IS AN ARBITRATION
CASE. ASSESSMENT OF
DAMAGES HEARING IS
REQUIRED

**BARATTA & FENERTY, LTD.**
By: ANTHONY P. BARATTA, ESQ.
Identification No.: 11870
2661 Huntingdon Pike
Huntingdon Valley, Pennsylvania 19006
Telephone No.: 215-947-4600

Attorney For Plaintiff

---

**JOHN F. X. FENERTY**
368 Wellington Terrace
Jenkintown, PA 19046

              Plaintiff,

             vs.

**STATE FARM INSURANCE COMPANY**
1926 Grant Avenue
Philadelphia, PA 19115

              Defendant.

:
:
:
:
:
:
:
:
:

PHILADELPHIA COUNTY
COURT OF COMMON PLEAS
**FEBRUARY 2002**

Term 2001
**002580**

No. _____

---

## PRAECIPE TO ISSUE WRIT OF SUMMONS

### 20000 - CONTRACT

To the Prothonotary:

    Kindly issue a Writ of Summons to State Farm Insurance Company in the above-captioned

matter.

                                              _____
                                     ANTHONY P. BARATTA, ESQ.
                                     Attorney for Plaintiff

DATED: _____

0269

C.P. 97

# Commonwealth of Pennsylvania

SUMMONS
*CITACION*

## CITY AND COUNTY OF PHILADELPHIA

COURT OF COMMON PLEAS

John F. X. Fenerty
368 Wellington Terrace
Jenkintown, PA 19046

~~FEBRUARY 2002~~

**002580**

No. _____

vs.

State Farm Insurance Company
1926 Grant Avenue
Philadelphia, PA 19115



To(1)　　State Farm Insurance Company

You are notified that the Plaintiff(2)　John F. X. Fenerty

*Usted esta avisado que el demandante(2)*

THIS MATTER WILL BE HEARD BY A BOARD OF ARBITRATORS ... SPECIFIED, BUT, IF ONE OR ... THE HEARING, THE MATTER ... AND DATE BEFORE A ... IS NO RIGHT TO A TRIAL DENOVO ON APPEAL FROM A DECISION ENTERED BY A JUDGE

Has (have) commenced an action against you.

*Ha (han) iniciado una accion en contra suya.*



*Joseph H. Eders*
Prothonotary
ATTEST

By _____

FEB 1 9 2002

L. PAONE
PRO PROTHY

Date _____

0270

(1) Name(s) of Defendant(s)
(2) Name(s) of Plaintiff(s)

5-83 (Rev. 6/85)

EXHIBIT "A2"

BARATTA & FENERTY, LTD.
By: ANTHONY P. BARATTA, ESQ.
Identification No.: 11800
2661 Huntingdon Pike
Huntingdon Valley, Pennsylvania 19006
Telephone No.: 215-947-4600

Attorney For Plaintiff

| | | |
|---|---|---|
| JOHN F. X. FENERTY | : | PHILADELPHIA COUNTY |
| | : | COURT OF COMMON PLEAS |
| vs. | : | TRIAL DIVISION |
| | : | |
| STATE FARM INSURANCE COMPANY | : | February Term, 2002 |
| | : | |
| | : | No. 2580 |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA:

SS

COUNTY OF PHILADELPHIA:

I, IGOR GOYKHMAN, a competent adult, being duly sworn according to law, depose

and state that at 2:15 P.M. on the 19th day of February, 2002, I personally handed to Violet

McClockery, Receptionist, on behalf of the Defendant, State Farm Insurance Company at 1926

Grant Avenue, Philadelphia, PA 19115, a true and correct copy of the Writ of Summon, issued in

the matter of **John F. X. Fenerty v. State Farm Insurance Company**, C.C.P. Phila., February

Term, 2002; No. 002580.

_____
**IGOR GOYKHMAN**

SWORN TO AND SUBSCRIBED

BEFORE ME THIS *19th* DAY

OF *February*, 2002.

_____
NOTARY PUBLIC

NOTARIAL SEAL
HELEN V. PUSICZ, Notary Public
Huntingdon Valley, Montgomery County
My Commission Expires Nov. 8, 2003

EXHIBIT "A3"

I hereby certify t...  ..I have served
a copy of this pap...  upon all other
parties or their attorneys by:

☑ regular mail
☐ certified mail
☐ other _____

By: _____

*PRESENTED FOR REVIEW*
*02 MAR 19 PH 3: 35*
*PRO PROTHY*

DION, ROSENAU & SMITH
BY: ALAN DION, ESQUIRE
IDENTIFICATION NO. 16034
SUITE 900, 8 PENN CENTER
1628 JFK BOULEVARD
PHILADELPHIA, PA 19103
(215) 561-7000

Attorney for Defendant

*FILED
PRO PROTHY
MAR 2 0 2002
N. HINTON*

JOHN F. X. FENERTY

    VS.

STATE FARM INSURANCE COMPANY

: COURT OF COMMON PLEAS
: OF PHILADELPHIA COUNTY

: FEBRUARY TERM, 2002

: No. 2580

$/02

## ENTRY OF APPEARANCE
## AND DEMAND FOR JURY TRIAL

TO THE PROTHONOTARY:

    Kindly enter my appearance as attorney on behalf of Defendant, State Farm

Insurance Company, in reference to the above-captioned case.

TRIAL BY JURY OF (12)
TWELVE DEMANDED.

_____
ALAN DION, ESQUIRE

DION, ROSENAU & SMITH

BY: _____
    ALAN DION, ESQUIRE
    ATTORNEY FOR DEFENDANT

EXHIBIT "A4"

I hereby certify th    lI have served
a copy of this paper upon all other
parties or their attorneys.

☑ regular mail
☑ certified mail
☐ other _____
By: _____

DION, ROSENAU & SMITH
BY: ALAN DION, ESQUIRE
IDENTIFICATION NO. 16034
SUITE 900, 8 PENN CENTER
1628 JFK BOULEVARD
PHILADELPHIA, PA 19103
(215) 561-7000

Attorney for Defendant

JOHN F. X. FENERTY

  VS.

STATE FARM INSURANCE COMPANY

: COURT OF COMMON PLEAS
: OF PHILADELPHIA COUNTY

: FEBRUARY TERM, 2002

: No. 2580

### PRAECIPE TO FILE COMPLAINT

TO THE PROTHONOTARY:

  Kindly enter a Rule upon Plaintiff to file a Complaint within twenty (20) days

hereof or suffer the entry of a Judgment of Non-Pros.

       DION, ROSENAU & SMITH

       BY: _____
       ALAN DION, ESQUIRE
       ATTORNEY FOR DEFENDANT

### RULE TO FILE COMPLAINT

  AND NOW, on this  day of  , 2002, a Rule is hereby granted upon

Plaintiff to file a Complaint herein within twenty (20) days after service hereof or suffer

the entry of a Judgment of Non-Pros.

      _____
      PROTHONOTARY

EXHIBIT "A5"

I hereby certify that I have served a copy of this paper upon all other parties or their attorneys by:

[X]  regular mail
[ ]  certified mail
[ ]  other _____
By: _____

DION, ROSENAU & SMITH
BY: ALAN DION, ESQUIRE
IDENTIFICATION NO. 16034
SUITE 900, 8 PENN CENTER
1628 JFK BOULEVARD
PHILADELPHIA, PA 19103
(215) 561-7000

Attorney for Defendant

---

JOHN F. X. FENERTY                          : COURT OF COMMON PLEAS
                                            : OF PHILADELPHIA COUNTY
       VS.
                                            : FEBRUARY TERM, 2002

STATE FARM INSURANCE COMPANY                : No. 2580

## CERTIFICATION OF SERVICE

Alan Dion, Esquire, being duly sworn according to law, deposes and says that he

is the attorney for Defendant, State Farm Insurance Company, within-named and hereby

certifies that service of the Defendant's Rule to File Complaint was made on plaintiff's

attorney, Anthony P. Baratta, Esquire by Certified Mail, Return Receipt Requested with a

cover letter dated March 19, 2002. A true and correct copy of said letter is attached

hereto as Exhibit "A" and made a part hereof.

This statement is made subject to the penalties of 18 Pa. C.S. Section 4904

relating to unsworn falsification to authorities.

DION, ROSENAU & SMITH

BY: _____
ALAN DION, ESQUIRE
ATTORNEY FOR DEFENDANT

LAW OFFICES
**DION, ROSENAU & SMITH**
Suite 900
8 Penn Center
1628 John F. Kennedy Boulevard
PHILADELPHIA, PENNSYLVANIA 19103

(215) 561-7000
FAX: (215) 665-8845

SUBURBAN OFFICE
3 PENN COURT
325 SWEDE STREET
NORRISTOWN, PA 19401

(610) 275-8600

Alan Dion, Esquire
e-mail: adion@dionrosenau.com

PLEASE REFER TO FILE NO.
23852

March 19, 2002

Anthony P. Baratta, Esquire
2661 Huntingdon Pike
Huntingdon Valley, PA 19006

    RE:   John X. Fenerty vs. State Farm
            CCP, February Term, 2002, No. 2580

Dear Mr. Baratta:

    Enclosed please find a time-stamped copy Defendant's Rule to File a Complaint in reference to the above-captioned case. Please note that a Complaint must be filed within twenty (20) days or a Judgment of Non Pros may be entered.

        Very truly yours,

        ALAN DION

AD/mr
enclosure

CERTIFIED MAIL, RETURN RECEIPT REQUESTED

**EXHIBIT "A"**

**U.S. Postal Service**
## CERTIFIED MAIL RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 0600 0027 7517 4644

| | |
|---|---|
| Postage | $ 34 |
| Certified Fee | 2/0 |
| Return Receipt Fee (Endorsement Required) | 150 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 394 |

2382 AD

MAR 22 2002

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Anthony P. Baratta, Esq.

Street, Apt. No.; or PO Box No.
2661 Huntingdon Pike

City, State, ZIP+4
Huntingdon Valley, PA 19006

PS Form 3800, February 2000        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anthony P. Baratta, Esq.
2661 Huntingdon Pike
Huntingdon Valley, PA
19006

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
Jamie DiLiso                              MAR 22 2002

C. Signature
X Jamie DiLiso        ☐ Agent
                      ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 0600 0027 7517 4644

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

# EXHIBIT "A6"

THIS IS AN ARBITRATION CASE.
ASSESSMENT OF DAMAGES HEARING
IS REQUIRED.

BARATTA & FENERTY, LTD.
BY: ANTHONY P. BARATTA, ESQ.
Atty. I.D. No. 11870
2661 Huntingdon Pike
Huntingdon Valley, PA    19006
(215) 947-4600

Attorney for Plaintiff

| | | |
|---|---|---|
| JOHN F.X. FENERTY | : | PHILADELPHIA COUNTY |
| | : | COURT OF COMMON PLEAS |
| | : | TRIAL DIVISION |
| | : | |
| v. | : | FEBRUARY TERM, 2002 |
| | : | |
| STATE FARM INSURANCE COMPANY | : | NO. 2580 |

<u>CIVIL ACTION</u>
NOTICE

    You have been sued in court.  If you wish to defend against the claims set
forth in the following pages, you must take action within twenty (20) days after
this Complaint and notice are served, by entering a written appearance personally
or by attorney and filing in writing with the court your defenses or objections
to the claims set forth against you.  You are warned that if you fail to do so
the case may proceed without you and a judgment may be entered against you by the
court without further notice for any money claims in the complaint or for any
other claim or relief requested by the plaintiff.  You may lose money or property
or other rights important to you.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A
LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO
FIND OUT WHERE YOU CAN GET LEGAL HELP.

AVISO

    Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas
expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha
de la demanda y la notificacion.  Hace falta asentar una comparencia escrita o en persona o con
un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en
contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede
continuar la demanda en contra suya a sin previo aviso o notificacion.  Ademas, la corte puede
decidir a favor del demandante y requiere que usted cumpla con todas las previsiones de esta
demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

    LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE.  SI NO TIENE ABOGADO O SI NO TIENE EL
DINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA
DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

LAWYER REFERENCE SERVICE
One Reading Center
Philadelphia, PA 19107
(215) 238-6300

THIS IS AN ARBITRATION CASE.
ASSESSMENT OF DAMAGES HEARING
IS REQUIRED.

BARATTA & FENERTY, LTD.
BY: ANTHONY P. BARATTA, ESQ.
Atty. I.D. No. 11870
2661 Huntingdon Pike
Huntingdon Valley, PA    19006
(215) 947-4600                                    Attorney for Plaintiff

---

JOHN F.X. FENERTY                   :      PHILADELPHIA COUNTY
368 Wellington Terrace              :      COURT OF COMMON PLEAS
Jenkintown, PA 19046                :      TRIAL DIVISION
                                    :
         v.                         :      FEBRUARY TERM, 2002
                                    :
STATE FARM INSURANCE COMPANY        :      NO. 2580
1926 Grant Avenue                   :
Philadelphia, PA 19115              :

## CIVIL ACTION COMPLAINT

### COUNT I: CONTRACT

1.  Plaintiff, John F.X. Fenerty, Sr., is an individual and citizen of the Commonwealth of Pennsylvania, resident therein at 368 Wellington Terrace, County of Montgomery.

2.  Defendant State Farm Mutual Automobile Insurance Company is a business entity organized for the purpose of selling to individuals and other entities, automobile insurance which is in compliance with the Pennsylvania Motor Vehicle Financial Responsibility Law, the defendant is present in and regularly conducts business throughout the Commonwealth, and specifically in the City and County of Philadelphia, at, inter alia, 1926 Grant Avenue.

3.  At all times relevant hereto, and for 24 years before, Plaintiff John F.X. Fenerty, Sr., was an insured of the Defendant State Farm Mutual Automobile Insurance Company, under policies of insurance bearing Policy Number 828 0908-F17-38N, which provided, inter alia, primary insured coverage benefits including benefits for 80% of the actual loss of gross income arising out of a motor vehicle accident, excluding the first five working days following the motor vehicle accident. The benefit is subject to a $2,500.00 per month cap, with a $50,000.00 total maximum benefit.

4. On February 19, 1998, Plaintiff was involved in an appropriately reported motor vehicle accident, and as a direct result thereof, suffered an actual loss of gross income measured within the aforesaid terms of the policy at $13,511.00.

5. Plaintiff has filed an Application for the benefit, and has complied with all reasonable requests for supporting financial information in an effort to enable the Defendant Insurance Company to know the truth of the loss, and to calculate the benefit to which Plaintiff is entitled.

6. Despite repeated requests therefore, the Defendant Insurance Company has virtually failed and refused to honor Plaintiff's claim.

WHEREFORE, Plaintiff claims of the Defendant the sum of $13,511.00, together with interest, costs and counsel fees.

### COUNT 2: FRAUD

7. The allegations of Count 1 are incorporated herein by reference, as if fully set forth herein.

8. Plaintiff is informed, believes and therefore avers that the policy of insurance sold and issued by the Defendant State Farm Mutual Automobile Insurance Company to the Plaintiff for all the years of their insurer-insured relationship, was never intended to cover the loss which was mandated by the Pennsylvania Motor Vehicle Financial Responsibility Law, but which was so sold to Plaintiff and other motorists and covered persons similarly situated.

9. Plaintiff is informed, believes and therefore avers that the Defendant State Farm Mutual Automobile Insurance Company has no underwriting or processing manuals or procedures for claims administration and for determination of Plaintiff's claim and similar claims of other motorists and covered persons similarly situated.

10. Plaintiff is informed, believes and therefore avers that the Defendant State Farm Mutual Automobile Insurance Company, without telling the insured, has engaged in a deliberate practice of issuing and taking payment for insurance coverage which is devoid of insuring and claims standards, and which the Defendant Insurance Company therefore knows will never give rise to a payable claim, and has deliberately withheld that information, and misled the insured and other motorists and covered persons similarly situated.

11. Plaintiff has relied on the knowledge, expertise, and proffered integrity of the Defendant State Farm Mutual Automobile Insurance Company to provide insurance which is in compliance with the Pennsylvania Motor

Vehicle Financial Responsibility Law, and is informed, believes and therefore avers that have other motorists and covered persons similarly situated, have likewise relied.

WHEREFORE, Plaintiff claims of the Defendant the sum of $13,311.00, together with interest, costs and counsel fees, and punitive damages in the amount of $1,000,000.00.

BARATTA & FENERTY, LTD.

BY:_____

ANTHONY P. BARATTA, ESQ.
Attorney for Plaintiff

Dated:_____

## VERIFICATION

JOHN F. X. FENERTY, hereby states that the facts as set forth in the foregoing Complaint are true and correct to the best of his knowledge, information and belief. Further, he understands that false statements therein made are subject to the penalties provided under 18 Pa. C.S. Section 4904, relating to unsworn falsification to authorities.

_____
JOHN F. X. FENERTY

DATE:  May 1, 2002

EXHIBIT "A7"

**BRITT, HANKINS, SCHAIBLE & MOUGHAN**
**BY:** Joseph M. Hankins, Esquire
Attorney I.D. No. 20052
Two Penn Center Plaza
Suite 515
Philadelphia, PA 19102
(215) 569-6904

RECEIVED

02 MAY 22  AM 10: 58

PRO PROTHY

Attorneys for Defendant

---

| JOHN F.X. FENERTY | : | COURT OF COMMON PLEAS |
|---|---|---|
| | : | PHILADELPHIA COUNTY |
| V. | : | |
| | : | |
| STATE FARM MUTUAL | : | FEBRUARY TERM, 2002 |
| AUTOMOBILE INSURANCE | : | NO. 2580 |
| COMPANY | | |

## <u>ENTRY OF APPEARANCE</u>

TO THE PROTHONOTARY:

Kindly enter our appearance on behalf of defendant, STATE FARM MUTUAL

AUTOMOBILE INSURANCE COMPANY, incorrectly named herein as STATE FARM

INSURANCE COMPANY, in the above captioned matter.

BRITT, HANKINS, SCHAIBLE & MOUGHAN

BY: _____
Joseph M. Hankins
Attorneys for Defendant

Dated: ___5/21/02___

**JURY TRIAL DEMANDED**

RECEIVED

02 MAY 22  AM 10: 58

PRO PROTHY

DION, ROSENAU & SMITH
BY:  ALAN DION, ESQUIRE
IDENTIFICATION NO. 16034
SUITE 900, 8 PENN CENTER
1628 JFK BOULEVARD
PHILADELPHIA, PA  19103
(215) 561-7000

Attorney for Defendant

JOHN F. X. FENERTY

          VS.

STATE FARM INSURANCE COMPANY

: COURT OF COMMON PLEAS
: OF PHILADELPHIA COUNTY

: FEBRUARY TERM, 2002

: No.  2580

## WITHDRAWAL OF APPEARANCE

TO THE PROTHONOTARY:

Kindly withdraw the appearance of Alan Dion, Esquire as attorney for Defendant, State Farm Insurance Company, in reference to the above-captioned case.

DION, ROSENAU & SMITH

BY: _____
          ALAN DION, ESQUIRE