## UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**STEWART DALZELL**                                         10613 United States
                                                            Courthouse
            JUDGE                                           Independence Mall West
                                                            Philadelphia, Pennsylvania
                                                                    19106

                                                                267-299-7399

July 11, 2002

Anthony P. Baratta, Esq.
2661 Huntingdon Pike
Huntingdon Valley, PA 19006

Joseph M. Hankins, Esq.
Two Penn Center Plaza, Ste. 515
Philadelphia, PA 19102

      Re: C.A. No. 02-3217, Fenerty v. State Farm Ins. Co.

Dear Counsel:

      Judge Dalzell has set the referenced case for a Rule 16 conference at 3:00 p.m. on Tuesday, July 23, 2002, in his chambers.

      As you will see from the enclosed Scheduling Policy Statement, Judge Dalzell allots between ten and twenty minutes for these conferences. You should review the Scheduling Policy Statement before completing the "Conference Information Report" enclosed with this letter. You should bring the Conference Information Report with you to the Rule 16 conference.

      At the close of the conference, you will receive an Order from Judge Dalzell that will list firm dates for the completion of discovery, other pretrial submissions and trial that will be set at the conference.

                                Very truly yours,

                                Eileen Adler
                                Courtroom Deputy

ec
Enc.