```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN F.X FENERTY                  :    CIVIL ACTION
                                  :
      v.                          :
                                  :
STATE FARM INSURANCE COMPANY      :    NO. 02-3217
```

<u>ORDER</u>

AND NOW, this 23rd day of July, 2002, upon the consent of the parties, who by letter this day agree that the amount in controversy does not exceed the minimum jurisdictional amount under 28 U.S.C. § 1332, and that subject matter jurisdiction is therefore lacking, it is hereby ORDERED, pursuant to 28 U.S.C. § 1447(c), that the action is REMANDED to the Court of Common Pleas for Philadelphia County.

BY THE COURT:

_____
Stewart Dalzell, J.